## 59565. STROUD v. ELIAS et al.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED MARCH 11, 1980 — DECIDED JULY 9, 1980 —
REHEARING DENIED JULY 28, 1980 —

*Wendell K. Willard,* for appellant.
*Murray M. Silver,* for appellees.